IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AGEX TRADE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-1346-RP |
| | § | |
| ROBERT EUGENE POWER, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Dustin Howell concerning Cross-Defendant Joplin Regional Stockyards, Inc. ("Joplin") motion to dismiss, (Dkt. 8), motion to extend scheduling order deadlines, (Dkt. 25), motion to join necessary party, (Dkt. 26), and motion for leave to designate responsible third parties, (Dkt. 27). (R. & R., Dkt. 35). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Howell issued his report and recommendation on April 3, 2025. (*Id.*). Plaintiff AGEX Trade, LLC ("AGEX") timely filed objections to the report and recommendation. (Objs., Dkt. 38).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because AGEX timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules AGEX's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 35), is **ADOPTED**.

**IT IS ORDERED** that Joplin's Motion to Dismiss for Failure to State a Claim, (Dkt. 8), is **GRANTED** and the case **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that AGEX's request to amend, (Dkt. 11), is **DENIED**.

**IT IS FINALLY ORDERED** that AGEX's remaining pending motions, (Dkts. 25, 26, 27), are **MOOT.**

The Court will enter final judgment by separate order.

**SIGNED** on September 10, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE